**FILED**

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF ALEXANDRA C. LATTA
FOR REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

ORDER

_____

Alexandra C. Latta has petitioned the Court for reinstatement to active status in the State Bar of Montana. Latta was placed on inactive status for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2020. Attached to the Petition is a letter from the State Bar stating that Latta has now completed all CLE requirements for that reporting year. The Petition states that Latta is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Alexandra C. Latta for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Latta shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this _____ day of April, 2021.

_____
Chief Justice

_____

_____

_____

Justices

2